**Opinion issued July 28, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

**NO. 01-26-00741-CV**
_____

**IN RE ERIC DICK, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator Eric Dick has filed a petition for writ of mandamus complaining of the trial court's failure to rule on a motion to dismiss.[1] *See* TEX. CIV. PRAC. & REM. CODE § 27.003. We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

---

[1] The underlying case is *TTWN Media Networks, LLC v. Dick Law Firm, PLLC, AKA and DBA The Dick Law Firm, PLLC, and Dick Law Firm and Eric Dick*, cause number 1259550, pending in the County Civil Court at Law No. 1 of Harris County, Texas, the Honorable Sonia Lopez presiding.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Rivas-Molloy and Guiney.